# EXHIBIT 4



SCANLIFE

*SPECIAL OFFER*

DOWNLOAD THE APP
AT SCANLIFE.COM



**HRH** | HARD ROCK HOTEL & CASINO
4455 PARADISE ROAD | LAS VEGAS, NV 89169 | 800.693.ROCK | HARDROCKHOTEL.COM



south tower

INTRODUCING THE NEWEST FAMILY
MEMBER: HRH SOUTH TOWER.
IT'S YOUR KINGDOM. ALL SUITES AND
ALL YOURS. RESERVE NOW.



THIS IS HRH TOWER

STORY BY MARC FOSTER | PHOTOS BY ERIK KABIK



Welcome to the new 374 all-suite HRH Tower—the luxurious, fanciful and lush addition to a Vegas classic intended to surprise and pamper those guests looking for both a retreat as well as proximity and access to, bar none, the best party in town.

"When I got out of college, it was the Hard Rock and nothing but the Hard Rock," HRH CMO Philip Shalala says. "Those are some damn good memories, but now I have a wife and a little more money in my pocket and I still want the Hard Rock but I also want a nicer room."

And that, in a nutshell, is what the new digs are all about. New rooms, a new spa, a new casino, a new nightclub and, above all, a new experience.

# VANITY

## NIGHTCLUB

IT'S ALL ABOUT YOU

**HRH** | HARD ROCK HOTEL & CASINO
4455 PARADISE ROAD | LAS VEGAS, NV 89169 | 866.533.ROCK | HARDROCKHOTEL.COM

THE NIGHTLIFE GROUP  702.693.5555  |  VANITYLV.COM
OPEN THURSDAY THROUGH SUNDAY, FROM 10PM UNTIL 4AM.



# HRH

## THEM CROOKED VULTURES

THE NEW HRH BEACH CLUB AND SKYBAR

SUMMER



BRING *your* SELFISH SIDE  |  702.693.5520  |  HRH TOWER



## FEATURES

**42 THE REAL TRACY MORGAN**
The funniest man on Earth right now

**44 THE NEW POOL SCENE**
Skybar and HRH Beach Club hit Vegas for the
best time you'll have with your swimsuit on

**52 NO CHASER**
Them Crooked Vultures give it their all—
there is no more

**56 JOHN VARVATOS**
Happy tenth anniversary John Varvatos

**62 ECHOES OF SOUND AND FURY**
The rock photography of Neal Preston

**74 CHEERS TO THE HUDSON!**
Great energy in a great space makes
Hudson hotel the toast of the town

**ON THE COVER:** Them Crooked Vultures

## DEPARTMENTS

**14 CONTRIBUTORS**
Meet the face behind the name

**19 WELCOME**
You're in the right place at the right time

**21 IN THIS ISSUE**
Read all about it

**28 THE HARDLINE**
Meet Johnny Smalls, Celebrity Sightings, and see who
rocked The Joint

**81 TRUE ROCK STAR STORIES**
Every hotel has at least one

**86 NINE THINGS WE LOVE**
Maybe you can buy happiness

**93 THE TAKE**
Our new favorite photos



# HRH
## HARD ROCK HOTEL & CASINO
4455 PARADISE ROAD | LAS VEGAS, NV 89169 | 800 693 ROCK | HARDROCKHOTEL.COM

| | |
|---|---|
| **FRED J. KLEISNER** | PRESIDENT, HARD ROCK HOLDINGS, LLC; CEO, MORGANS HOTEL GROUP |
| **JOSEPH A. MAGLIARDITI** | PRESIDENT AND CHIEF OPERATING OFFICER |
| **DEAN BOSWELL** | CHIEF FINANCIAL OFFICER |
| **JOHN BEIER** | VICE PRESIDENT, ROOMS OPERATIONS |
| **PHIL SHALALA** | VICE PRESIDENT, MARKETING |
| **PAUL DAVIS** | VICE PRESIDENT, ENTERTAINMENT |
| **TOM CLEARWATER** | VICE PRESIDENT, SALES AND CATERING |
| **ISAAC MAYBERRY** | VICE PRESIDENT, FOOD AND BEVERAGE |
| **STACY KANSKY** | DIRECTOR OF MARKETING |
| **DORIAN CANTRELL** | DIRECTOR OF PUBLIC RELATIONS |

BLACK AND WHITE MEDIA, LLC
WWW.BWMEDIALV.COM

| | |
|---|---|
| **MICHAEL LUCAS** | PUBLISHER AND EDITOR IN CHIEF |
| **JUSTIN HEIT** | CREATIVE DIRECTOR |
| **MICAH DUNHAM** | ART DIRECTOR |
| **AARON REGAN** | DESIGNER |
| **LIBRE DESIGN** | ART PRODUCTION |

WWW.LIBREDESIGN.COM

STAFF PHOTOGRAPHERS:
ERIK KABIK, CODY BOOR

CONTRIBUTORS:
CRYSTAL MEERS, CAMERON CROWE, NEAL PRESTON, SCOTT BERRY,
HEW BURNEY, PJ PEREZ, MATT KELEMEN, SCOTT BERRY, JACK BULAVSKY,
CHRIS CARNEY

ADVERTISING:
KELLIE J. KELLING        ADVERTISING MANAGER
KELLIEK@HRHVEGAS.COM

HRH is the official publication of the Hard Rock Hotel & Casino, Las Vegas. A
Morgans Group Hotel. Created exclusively for guests of the hotels. HRH is
distributed in every Morgans room and suite.

HARD ROCK HOTEL & CASINO, LAS VEGAS
4455 PARADISE ROAD, LAS VEGAS, NV 89169
(702) 693-5000 OR (800) HRD-ROCK

WWW.HARDROCKHOTEL.COM

# EXHIBIT 5

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

## United States Patent and Trademark Office

**Reg. No. 3,652,867**
Registered July 7, 2009

### TRADEMARK
### SUPPLEMENTAL REGISTER

# HRH

HARD ROCK CAFE INTERNATIONAL (USA), INC. (FLORIDA CORPORATION)
6100 OLD PARK LANE
ORLANDO, FL 32835

FOR: HATS; JACKETS; POLO SHIRTS; SHIRTS; SPORTS SHIRTS; SWEATERS; T-SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 2-1-2001; IN COMMERCE 2-1-2004.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-614,142, FILED P.R. 11-13-2008; AM. S.R. 6-2-2009.

REBECCA POVARCHUK, EXAMINING ATTORNEY

PTO Form 1478 (Rev 6/2005)
OMB No. 0651-0009 (Exp xx/xx/xxxx)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 78969067**
**Filing Date: 09/07/2006**

*NOTE: Data fields with the \* are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| *MARK | HRH |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | HRH |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Hard Rock Cafe International (USA), Inc. |
| *STREET | 6100 Old Park Lane |
| *CITY | Orlando |
| *STATE (Required for U.S. applicants) | Florida |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 32835 |
| PHONE | 4074457625 |

| | |
|---|---|
| FAX | 4074457630 |
| EMAIL ADDRESS | ipenforcement@hardrock.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## LEGAL ENTITY INFORMATION

| | |
|---|---|
| *TYPE | CORPORATION |
| *STATE/COUNTRY OF INCORPORATION | Florida |

## APPLICANT INFORMATION

| | |
|---|---|
| *OWNER OF MARK | Hard Rock Cafe International (USA), Inc. |
| *STREET | 6100 Old Park Lane |
| *CITY | Orlando |
| *STATE (Required for U.S. applicants) | Florida |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 32835 |
| PHONE | 4074457625 |
| FAX | 4074457630 |
| EMAIL ADDRESS | ipenforcement@hardrock.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## LEGAL ENTITY INFORMATION

| | |
|---|---|
| *TYPE | CORPORATION |
| *STATE/COUNTRY OF INCORPORATION | Florida |

## GOODS AND/OR SERVICES AND BASIS INFORMATION

| | |
|---|---|
| *INTERNATIONAL CLASS | 041 |
| *DESCRIPTION | Casinos |
| *FILING BASIS | SECTION 1(b) |

## GOODS AND/OR SERVICES AND BASIS INFORMATION

| | |
|---|---|
| *INTERNATIONAL CLASS | 043 |