| *DESCRIPTION | Hotel, bar and restaurant services |
|---|---|
| *FILING BASIS | SECTION 1(b) |

## ADDITIONAL STATEMENTS INFORMATION

| *TRANSLATION (if applicable) | |
|---|---|
| *TRANSLITERATION (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |

## CORRESPONDENCE INFORMATION

| *NAME | Hard Rock Cafe International (USA), Inc. |
|---|---|
| FIRM NAME | Hard Rock Cafe International (USA), Inc. |
| *STREET | 6100 Old Park Lane |
| * CITY | Orlando |
| * STATE (Required for U.S. applicants) | Florida |
| * COUNTRY | United States |
| * ZIP/POSTAL CODE (Required for U.S. applicants only) | 32835 |
| PHONE | 4074457625 |
| FAX | 4074457630 |
| * EMAIL ADDRESS | ipenforcement@hardrock.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## FEE INFORMATION

| NUMBER OF CLASSES | 2 |
|---|---|
| FEE PER CLASS | 275 |
| TOTAL FEE DUE | 550 |

## SIGNATURE INFORMATION

| * SIGNATURE | /james humann/ |
|---|---|
| * SIGNATORY NAME | James Humann |
| SIGNATORY POSITION | Senior Director of Business Affairs |
| * SIGNATURE DATE | 09/07/2006 |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Thu Sep 07 14:19:09 EDT 2006 |
| TEAS STAMP | USPTO/FTK-206.100.93.140-20060907141909693284-7896 9067-332e6dab7f22a7e8c86b 793dac1b8695e-DA-2004-200 60907140334737163 |

PTO Form 1478 (Rev 6/2005)
OMB No. 0851-0009 (Exp xx/xx/xxxx)

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

### Serial Number: 78969067
### Filing Date: 09/07/2006

To the Commissioner for Trademarks:
MARK: HRH (Standard Characters, see mark)
The literal element of the mark consists of HRH. The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicants, Hard Rock Cafe International (USA), Inc., a corporation of Florida, residing at 6100 Old Park Lane, Orlando, Florida, United States, 32835, Hard Rock Cafe International (USA), Inc., a corporation of Florida, residing at 6100 Old Park Lane, Orlando, Florida, United States, 32835, request registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

**For specific filing basis information for each item, you must view the display within the Input Table.**

International Class 041:  Casinos

**For specific filing basis information for each item, you must view the display within the Input Table.**

International Class 043:  Hotel, bar and restaurant services

If the applicant is filing under Section 1(b), intent to use, the applicant declares that it has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(b), as amended.

If the applicant is filing under Section 1(a), actual use in commerce, the applicant declares that it is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended.

If the applicant is filing under Section 44(d), priority based on foreign application, the applicant declares that it has a bona fide intention to use the mark in commerce on or in connection with the identified goods and/or services, and asserts a claim of priority based on a specified foreign application(s). 15 U.S.C. Section 1126(d), as amended.

If the applicant is filing under Section 44(e), foreign registration, the applicant declares that it has a bona fide intention to use the mark in commerce on or in connection with the identified goods and/or services, and submits a copy of the supporting foreign registration(s), and translation thereof, if appropriate. 15 U. S.C. Section 1126(e), as amended.

The USPTO is authorized to communicate with the applicant or its representative at the following email address: ipenforcement@hardrock.com.

A fee payment in the amount of $550 will be submitted with the application, representing payment for 2 class(es).

## Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /james humann/   Date: 09/07/2006
Signatory's Name: James Humann

Signatory's Position: Senior Director of Business Affairs
Mailing Address:
    Hard Rock Cafe International (USA), Inc.
    6100 Old Park Lane
    Orlando, Florida 32835

RAM Sale Number: 2004
RAM Accounting Date: 09/07/2006

Serial Number: 78969067
Internet Transmission Date: Thu Sep 07 14:19:09 EDT 2006
TEAS Stamp: USPTO/FTK-206.100.93.140-200609071419096
93284-78969067-332e6dab7f22a7e8c86b793da
c1b8695e-DA-2004-20060907140334737163

# HRH

# EXHIBIT 6

Contact Us   |   Hard Rock Hotels & Casinos



| HOME | ACCOMMODATIONS | AMENITIES | CASINO | DINING | THE JOINT | NIGHTLIFE | MEETINGS & EVENTS | CHEROKEE HILLS GOLF CLUB |

ONLINE RESERVATIONS
OR CALL 1-800-760-6700

BEST RATE GUARANTEED

UPDATES & PROMOTIONS



**PERFORMING LIVE!**

## DOOBIE BROTHERS

LEARN MORE

9.9 DJ Sway
9.9 Livewire
9.10 Blue Finger Dicso
9.10 C+
9.10 Livewire
9.11 Blue Finger Disco
9.11 Travis Kidd
9.11 Shelley Laine
9.30 Doobie Brothers
10.07 Bad Company
10.09 Kenny Rogers
10.18 Michael Bolton
10.22 Daryl Hall &
10.22 John Oates
10.28 The Rocky
10.28 Horror Show

VIEW CALENDAR



A HARD ROCK SUITE LIFE

Sleek, stylish and packed with everything you'd expect from a modern hotel, our beautiful new rooms and suites are taking Tulsa to a new level, one floor at a time.

LEARN MORE



MAKE YOUR SPECIAL EVENT ROCK

Hard Rock Hotel & Casino Tulsa offers first-class amenities to make you look like a rock star. Whether you are planning an intimate gathering, a catered celebration, or a large convention, the Hard Rock Hotel will uniquely and seamlessly execute your event.

LEARN MORE

sign up for star scene magazine  |  location/map  |  press room  |  Hardrock.com

CAREER OPPORTUNITIES

777 West Cherokee Street, Catoosa, OK  |  (800) 760-6700  |  © Hard Rock Casino Tulsa. All rights reserved.

tax info  |  play smart  |  privacy statement  |  terms of use

# EXHIBIT 7



# TOBY KEITH'S
## *Your Hits bar & grill*

HARD ROCK HOTEL & CASINO TULSA

**(918) 739-4888**

777 W. Cherokee St. ■ Catoosa, OK 74015

tobykeithsbar.com

---

# Side Items

### $3.25

**Baked Potato**
A large potato topped with butter, sour cream, cheddar cheese, bacon bits, and green onion.

**Freedom Fries**
An American version of a French tradition.

**Cowboy Caviar (Black Eyed Peas)**
Simmered with crispy bacon and red onions.

**Green Beans**
Slow cooked with bacon, butter and red onions.

**Mashed Potatoes**
Red skin potatoes, sour cream, butter, roasted garlic, green onion, kosher salt, and cracked black pepper.

**Fried Okra**
A Stilwell tradition. Cornmeal dusted flash fried okra.

**Cowboy Beans**
Pinto beans slow cooked with ham hocks, onion and bacon.

**Sauteed Mushrooms**
Sliced mushrooms with shallots sauteed in butter.

**SW Cream Corn**
Sauteed Colorado sweet corn with pacia peppers, red onion and bacon mixed with cream cheese.

---

# Kids Menu

### $5.99 and served with fries.
### $2 charge over 12.

**5oz. Sirloin**
A smaller version of our center cut sirloin.

**Ribs**
Our St. Louis ribs.

**Grilled Cheese**
Texas toast and American cheese.

**Chicken Tenders**
Hand-breaded and flash fried.

---



# American Soldier Special

*Courtesy of the Red, White and Blue*

Cheeseburger with Fries and Drink

On the House
for the Soldier with I.D.
(one time only)

---

# The Winners

**Cheese Fries**          $7.99
Freedom fries smothered with Monterey Jack and cheddar cheese. Topped with bacon, sour cream and green onions.

**Chips & Queso with Salsa**          $7.99
Crispy tortilla chips, served with spicy cowboy queso and red tomato salsa.

**Nachos E**          $7.99
Tortilla chips covered in our cowboy queso topped with jalapenos, salsa, sour cream and guacamole, with your choice of spicy beef or spicy chicken.

**Tater Skins**          $7.99
You know potato skins. Topped with bacon, chives and mixed cheeses.

**Tumbleweed**          $6.99
Tumbleweed onions with jalapeno toothpicks. Flash fried and served with chipotle ranch.

**Chicken Quesadillas**          $8.99
Smoked cheddar, Monterey Jack and pulled rotisserie chicken on a flour tortilla with chipotle sour cream and smoked tomato guacamole.

**Calf Fries**          $7.99
A cowboy classic. Hand-breaded and deep fried with spicy horseradish cocktail sauce.

---

**\*\*ATTN: INDIVIDUALS MAY BE AT A HIGHER RISK FOR A FOOD BORNE ILLNESS IF THE FOLLOWING FOODS ARE CONSUMED RAW OR UNDER COOKED: EGGS, BEEF, FISH, LAMB, MILK PRODUCTS, PORK, POULTRY, SHELL FISH \*\***

# Awesome Salads

*Dressings: Ranch, Bleu Cheese, French, 1000 Island, Honey, Mustard, Vinaigrette or TK Big House.*

**House** $4.25
Mixed greens topped with cornbread croutons, jack and cheddar cheese, and tomatoes.

**Caesar** $4.25
Crispy romaine lettuce topped with Parmesan cheese, cornbread croutons and traditional Caesar dressing.

**Chicken Caesar** $8.99
Large Caesar salad topped with our 8oz. grilled chicken breast.

**Shrimp Caesar** $9.99
Large Caesar salad topped with 5 grilled shrimp.

**Border Chili**  Cup $3.99  Bowl $4.99
Ground chuck, kidney beans, and fresh tomatoes with just the right spices.

# Baddest Steaks on the Boulevard

*All our steaks have been hand selected and cut to our "genuine fine" specifications. Choice of two side items. Add a House or Caesar Salad $1.99*

**#672 Sirloin** $17.99
10 oz. center cut sirloin (our specialty).

**Cowboy Ribeye** $32.99
20 oz. ribeye served with the bone in.

**Ribeye** $19.99
12 oz. hand cut in house.

**Filet** $25.99
An 8 oz. Sycamore Street favorite.

# Big T's Smoked Prime Rib

*Choice of two side items. Add a House or Caesar Salad $1.99*

**How big a boy are ya?** $1.99/oz.
Minimum 8 oz. (Limited Availability)

# Boomtown Favorites

*Choice of two side items. Add a House or Caesar Salad $1.99*

**#672 Sirloin and Chicken** $19.99
A 10 oz. sirloin combined with our BBQ'D rotisserie chicken.

**#672 Sirloin and Shrimp** $21.99
A 10 oz. sirloin combined with our seasoned skewered shrimp.

**#672 Sirloin and Catfish** $20.99
A 10 oz. sirloin combined with fried catfish. Served with tartar sauce.

**Ribs and Chicken** $19.99
St. Louis style ribs combined with our BBQ'D rotisserie chicken.

# University Favorites

*Choice of two side items. Add a House or Caesar Salad $1.99*

**St. Louis Ribs** $18.99
A full slab of St. Louis style ribs, basted in our signature BBQ sauce.

**BBQ'D Rotisserie Chicken** $13.99
Margarita marinated yard bird slow cooked and basted in our signature BBQ sauce.

**Grilled Chicken Breast** $13.99
An 8 oz. grilled chicken breast topped with bacon, ham, BBQ sauce and Monterey Jack cheese.

**Meatloaf** $15.99
Spicy ground chuck, pork sausage and mixed cheeses. Slow cooked and topped with a red chili sauce.

**16 oz. Chicken Fried Steak** $16.99
A full pound of hand breaded sirloin flash fried and topped with country gravy.

**Chicken Fried Chicken** $13.99
Flash fried and topped with country gravy.

# Canal Catch

*Choice of two side items. Add a House or Caesar Salad $1.99*

**Smoked Salmon** $17.99
Marinated, quickly smoked and finished on the grill then topped with Pommery mustard sauce.

**Fresh Fish of the Day**  Market Price
Our freshest seasonal catch seasoned to perfection.

**Fried Catfish** $14.99
Cornmeal-crusted, flash fried Mississippi catfish. Served with homemade tartar sauce.

**Fried Shrimp** $15.99
Jumbo shrimp, hand breaded and flash fried. Served with our spicy horseradish cocktail sauce.

# Sandwiches

*Served with fries.*

**Chicken Sandwich** $9.99
Grilled chicken, topped with country ham, smoked bacon and Monterey Jack cheese and BBQ sauce. Served on a toasted bun.

**All-American Cheeseburger** $7.99
Fresh ground chuck, seasoned and cooked on our flat grill. Topped with American cheese, shredded lettuce, tomato, pickle and red onion.

**Catfish Sandwich** $9.99
Cornmeal-crusted, flash fried Mississippi catfish. Served open-face and topped with shredded lettuce, tomatoes, red onion and tartar sauce.

**Chicken Fried Steak Sandwich** $9.99
Hand-breaded sirloin, flash fried. Topped with shredded lettuce, tomato, red onion and mayonnaise.

**Curt's Grilled Cheese** $6.99
Texas toast and American cheese (2) "We burned the head on it a little!"

**Fried Bologna Sandwich** $7.99
Thick slice of bologna with our signature BBQ Sauce, Monterey Jack and cheddar cheese, lettuce and tomato.

Toby Keith's I Love This Bar & Grill Hard Rock Hotel & Casino Tulsa • 10/09

# EXHIBIT 8



# EXHIBIT 9

**List of Internet Domain Names Registered by HR, Inc.,
Morgans Hotel and/or Morgans Management**

| DOMAIN NAME | REGISTRANT |
| --- | --- |
| cherokeehardrockcasino.com | dba / Hard Rock Hotel and Casino |
| cherokeehardrockcasino.net | dba / Hard Rock Hotel and Casino |
| cherokeehardrockcasino.org | Hard Rock Hotel Inc dba / Hard Rock Hotel and Casino |
| cherokeehardrockhotel.com | dba / Hard Rock Hotel and Casino |
| cherokeehardrockhotel.net | dba / Hard Rock Hotel and Casino |
| cherokeehardrockhotel.org | Hard Rock Hotel Inc dba / Hard Rock Hotel and Casino |
| hardrockcasinoabq.com | dba / Hard Rock Hotel and Casino |
| hardrockcasinocc.com | dba / Hard Rock Hotel and Casino |
| hardrockcasinocherokee.com | dba / Hard Rock Hotel and Casino |
| hardrockcasinocherokee.net | dba / Hard Rock Hotel and Casino |
| hardrockcasinocherokee.org | Hard Rock Hotel Inc dba / Hard Rock Hotel and Casino |
| hardrockcasinokansas.com | dba / Hard Rock Hotel and Casino |
| hardrockcasino-kansas.com | dba / Hard Rock Hotel and Casino |
| hardrockcasinokansascity.com | dba / Hard Rock Hotel and Casino |
| hardrockcasinokansasspeedway.com | dba / Hard Rock Hotel and Casino |
| hardrockcasino-kansasspeedway.com | dba / Hard Rock Hotel and Casino |
| hardrockcasinokc.com | dba / Hard Rock Hotel and Casino |
| hardrockcasinoks.com | dba / Hard Rock Hotel and Casino |
| hardrockcasinooklahoma.com | dba / Hard Rock Hotel and Casino |
| hardrockcasinooklahoma.net | dba / Hard Rock Hotel and Casino |
| hardrockcasinooklahoma.org | Hard Rock Hotel Inc dba / Hard Rock Hotel and Casino |
| hardrockcasinotulsa.com | dba / Hard Rock Hotel and Casino |
| hardrockcasinotulsa.net | dba / Hard Rock Hotel and Casino |
| hardrockcasinotulsa.org | Hard Rock Hotel Inc dba / Hard Rock Hotel and Casino |
| hardrockhotelabq.com | dba / Hard Rock Hotel and Casino |
| hardrockhotelcasinocherokee.com | dba / Hard Rock Hotel and Casino |
| hardrockhotelcasinocherokee.net | dba / Hard Rock Hotel and Casino |
| hardrockhotelcasinocherokee.org | Hard Rock Hotel Inc dba / Hard Rock Hotel and Casino |
| hardrockhotelcasinoks.com | dba / Hard Rock Hotel and Casino |
| hardrockhotelcasinotulsa.com | dba / Hard Rock Hotel and Casino |
| hardrockhotelcasinotulsa.net | dba / Hard Rock Hotel and Casino |
| hardrockhotelcasinotulsa.org | Hard Rock Hotel Inc dba / Hard Rock Hotel and Casino |
| hardrockhotel-kansas.com | dba / Hard Rock Hotel and Casino |
| hardrockhotelkansascity.com | dba / Hard Rock Hotel and Casino |
| hardrockhotelkc.com | dba / Hard Rock Hotel and Casino |
| hardrockhotelkc.us | Hard Rock Hotel Inc dba / Hard Rock Hotel and Casino |
| hardrockhoteltulsa.com | dba / Hard Rock Hotel and Casino |
| hardrockhoteltulsa.net | dba / Hard Rock Hotel and Casino |
| hardrockhoteltulsa.org | Hard Rock Hotel Inc dba / Hard Rock Hotel and Casino |
| hardrockkansascity.com | dba / Hard Rock Hotel and Casino |
| hardrockroyalty.com | Morgans Hotel Group LLC |
| hardrockspecials.com | dba / Hard Rock Hotel and Casino |
| hardrockspeedway.com | dba / Hard Rock Hotel and Casino |
| higherground-hardrockhotel.com | dba / Hard Rock Hotel and Casino |
| hrckansas.com | dba / Hard Rock Hotel and Casino |
| hrhkc.com | dba / Hard Rock Hotel and Casino |

**List of Internet Domain Names Registered by HR, Inc.,
Morgans Hotel and/or Morgans Management**

| DOMAIN NAME | REGISTRANT |
|---|---|
| hrhmagazine.com | dba / Hard Rock Hotel and Casino |
| hrhmagazinemodelsearch.com | dba / Hard Rock Hotel and Casino |
| hrhmodelsearch.com | dba / Hard Rock Hotel and Casino |
| hrhpoker.com | dba / Hard Rock Hotel and Casino |
| hrhpokeronline.com | dba / Hard Rock Hotel and Casino |
| hrhpokerroom.com | dba / Hard Rock Hotel and Casino |
| hrhreignsupreme.com | dba / Hard Rock Hotel and Casino |
| hrspeedway.com | dba / Hard Rock Hotel and Casino |
| hrspeedwayks.com | dba / Hard Rock Hotel and Casino |
| kanasacityhardrockhotel.com | dba / Hard Rock Hotel and Casino |
| kansascityhardrockcasino.com | dba / Hard Rock Hotel and Casino |
| kchardrockcasino.com | dba / Hard Rock Hotel and Casino |
| oklahomahardrockcasino.com | dba / Hard Rock Hotel and Casino |
| oklahomahardrockcasino.net | dba / Hard Rock Hotel and Casino |
| oklahomahardrockcasino.org | Hard Rock Hotel Inc dba / Hard Rock Hotel and Casino |
| vegashardrockhotel.com | Morgans Hotel Group LLC |