UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

HARD ROCK CAFÉ INTERNATIONAL (USA), INC.,

                  Plaintiff,

            -against-

HARD ROCK HOTEL HOLDINGS, LLC, HARD ROCK HOTEL, INC., HRHH IP, LLC, MORGANS HOTEL GROUP CO., MORGANS HOTEL GROUP MANAGEMENT, LLC, DLJMB HRH VOTECO LLC, TURNER BROADCASTING SYSTEM, INC., BRAD LACHMAN PRODUCTIONS, INC., AND GENCO ENTERTAINMENT, INC.

                  Defendants.
------------------------------------------------------------ x

**ECF CASE**

10 Civ. 7244 (WHP)

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that defendants Hard Rock Hotel Holdings, LLC, Hard Rock Hotel, Inc., HRHH IP, LLC, Morgans Hotel Group Co., Morgans Hotel Group Management LLC and DLJMB HRH Voteco LLC (together the "HRHH Defendants") hereby appear through the undersigned counsel. The undersigned request that notice of electronic filing of all papers be transmitted to them at the addresses given below.

                  [signature page follows]

Dated: New York, New York
October 11, 2010

DEBEVOISE & PLIMPTON LLP

By: /s/ Bruce P. Keller
Bruce P. Keller
bpkeller@debevoise.com

By: /s/ Jeremy Feigelson
Jeremy Feigelson
jfeigels@debevoise.com

By: /s/ Julie M. Calderon Rizzo
Julie M. Calderon Rizzo
jmcalder@debevoise.com

919 Third Avenue
New York, New York  10022
(212) 909-6000

*Attorneys for HRHH Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2010, the above Notice of Appearance on behalf of HHRH Defendants was filed electronically with the Clerk of Court through the CM/ECF system, and was uploaded to the CM/ECF system which will send an e-notice of electronic filing to the following:

Bruce R. Ewing, Esq.
Brooke E. Pietrzak, Esq.
Gianfranco G. Mitrione, Esq.
Dorsey & Whitney LLP
250 Park Avenue
New York, NY 10177

*Attorneys for Plaintiff*

Dated: New York, New York
October 11, 2010

By: /s/ Julie M. Calderon Rizzo
Julie M. Calderon Rizzo