UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
HARD ROCK CAFÉ INTERNATIONAL (USA), INC., :
: 
                    Plaintiff,                                     :
                                                                         :
            v.                                                      :   Case No: 10-CV-7244 (WHP)
                                                                         :
HARD ROCK HOTEL HOLDINGS, LLC, HARD ROCK :
HOTEL, INC., HRHH IP, LLC, MORGANS HOTEL    :
GROUP CO., MORGANS HOTEL GROUP                 :
MANAGEMENT, LLC, DLJMB HRH VOTECO LLC, :   NOTICE OF APPEARANCE
TURNER BROADCASTING SYSTEM, INC., BRAD  :
LACHMAN PRODUCTIONS, INC. and GENCO       :
ENTERTAINMENT, INC.,                                        :
                                                                         :
                    Defendants.                                  :
                                                                         :
-------------------------------------------------------------------------x

TO THE CLERK OF THE COURT:

   I, James J. Regan, hereby appear as attorney for Defendants Genco Entertainment, Inc., Brad Lachman Productions, Inc. and Turner Broadcasting System, Inc. in this proceeding and request that you provide electronic notification of filings in this case to me at jregan@ssbb.com.

Dated:  New York, New York
   October 12, 2010

          SATTERLEE STEPHENS BURKE & BURKE LLP

           /s/ James J. Regan
         James J. Regan (JR-7926)
         230 Park Avenue, Suite 1130
         New York, New York  10169
         Phone: (212) 818-9200

         *Attorneys for Defendants Genco Entertainment, Inc.,*
         *Brad Lachman Productions, Inc. and Turner Broadcasting*
         *System, Inc.*