UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
HARD ROCK CAFÉ INTERNATIONAL (USA), INC.,                    :
                                                             :
                                   Plaintiff,                :
                                                             :
           v.                                                :   Case No: 10-CV-7244 (WHP)
                                                             :
HARD ROCK HOTEL HOLDINGS, LLC, HARD ROCK                     :
HOTEL, INC., HRHH IP, LLC, MORGANS HOTEL                     :
GROUP CO., MORGANS HOTEL GROUP                               :   NOTICE OF APPEARANCE
MANAGEMENT, LLC, DLJMB HRH VOTECO LLC,                       :
TURNER BROADCASTING SYSTEM, INC., BRAD                       :
LACHMAN PRODUCTIONS, INC. and GENCO                          :
ENTERTAINMENT, INC.,                                         :
                                                             :
                                   Defendants.               :
                                                             :
------------------------------------------------------------------------x

TO THE CLERK OF THE COURT:

       I, James F. Rittinger, hereby appear as attorney for Defendants Genco Entertainment, Inc., Brad Lachman Productions, Inc. and Turner Broadcasting System, Inc. in this proceeding and request that you provide electronic notification of filings in this case to me at jrittinger@ssbb.com.

Dated:  New York, New York
        October 12, 2010

                                  SATTERLEE STEPHENS BURKE & BURKE LLP

                                  _____
                                  James F. Rittinger (JR-0556)
                                  230 Park Avenue, Suite 1130
                                  New York, New York  10169
                                  Phone: (212) 818-9200

                                  *Attorneys for Defendants Genco Entertainment, Inc.,*
                                  *Brad Lachman Productions, Inc. and Turner Broadcasting*
                                  *System, Inc.*

816736_1