James F. Rittinger
James J. Regan
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, NY 10169-0079
(212) 818-9200
*Attorneys for Defendant*
*Genco Entertainment, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

— — — — — — — — — — — — — — — — — — — — — — — — — — — x

| | | |
|---|---|---|
| HARD ROCK CAFE INTERNATIONAL (USA), INC. | : | Case No. 10 CV 7244 (WHP) |
| Plaintiff, | : | **ECF Case** |
| -against- | : | **CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |
| HARD ROCK HOTEL HOLDINGS, LLC, HARD ROCK HOTEL, INC., HRHH IP, LLC, | : | |
| MORGANS HOTEL GROUP CO., MORGANS HOTEL GROUP MANAGMENT, LLC, DLJMB | : | |
| HRH VOTECO, LLC, TURNER BROADCASTING SYSTEM, INC., BRAD LACHMAN PRODUCTIONS, INC. and GENCO ENTERTAINMENT, INC | : | |
| Defendant.. | | |

— — — — — — — — — — — — — — — — — — — — — — — — — — — x

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel hereby certifies that corporate defendant Genco Entertainment, Inc. has no parent corporation or publicly held corporation that owns 10% or more of its stock.

Dated: New York, New York
       November 12, 2010

                               SATTERLEE STEPHENS BURKE &
                               BURKE LLP


                               /s/ James F. Rittinger
                               James F. Rittinger
                               James J. Regan
                               Satterlee Stephens Burke & Burke LLP
                               230 Park Avenue
                               New York, NY 10169-0079
                               (212) 818-9200
                               *Attorneys for Defendant*
                               *Genco Entertainment, Inc.*

656771_1