James F. Rittinger
James J. Regan
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, NY 10169-0079
(212) 818-9200
*Attorneys for Defendant*
*Brad Lachman Productions, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
HARD ROCK CAFE INTERNATIONAL (USA), :
INC.
                                    :   Case No. 10 CV 7244 (WHP)
            Plaintiff,              :        **ECF Case**

      -against-                     :   **CORPORATE DISCLOSURE**
                                        **STATEMENT PURSUANT**
HARD ROCK HOTEL HOLDINGS, LLC, HARD :   **TO FED. R. CIV. P. 7.1**
ROCK HOTEL, INC., HRHH IP, LLC,
MORGANS HOTEL GROUP CO., MORGANS    :
HOTEL GROUP MANAGMENT, LLC, DLJMB
HRH VOTECO, LLC, TURNER             :
BROADCASTING SYSTEM, INC.,
BRAD LACHMAN PRODUCTIONS, INC. and
GENCO ENTERTAINMENT, INC
            Defendant..

------------------------------------x

   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel hereby certifies that corporate defendant Brad Lachman Productions, Inc. has no parent corporation or publicly held corporation that owns 10% or more of its stock.

656771_1

Dated: New York, New York
      November 12, 2010

                                  SATTERLEE STEPHENS BURKE & BURKE LLP

                                  /s/ James F. Rittinger
                                  James F. Rittinger
                                  James J. Regan
                                  Satterlee Stephens Burke & Burke LLP
                                  230 Park Avenue
                                  New York, NY 10169-0079
                                  (212) 818-9200
                                  *Attorneys for Defendant*
                                  *Brad Lachman Productions, Inc.*