James F. Rittinger
James J. Regan
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, NY 10169-0079
(212) 818-9200
*Attorneys for Defendant*
*Turner Broadcasting System, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

| | |
|---|---|
| HARD ROCK CAFE INTERNATIONAL (USA), INC. : | Case No. 10 CV 7244 (WHP) |
| Plaintiff, : | **ECF Case** |
| -against- : | **CORPORATE DISCLOSURE STATEMENT PURSUANT** |
| HARD ROCK HOTEL HOLDINGS, LLC, HARD : ROCK HOTEL, INC., HRHH IP, LLC, MORGANS HOTEL GROUP CO., MORGANS : HOTEL GROUP MANAGMENT, LLC, DLJMB HRH VOTECO, LLC, TURNER : BROADCASTING SYSTEM, INC., BRAD LACHMAN PRODUCTIONS, INC. and GENCO ENTERTAINMENT, INC Defendant.. | **TO FED. R. CIV. P. 7.1** |

------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel hereby certifies that corporate defendant Turner Broadcasting System, Inc. is jointly owned by Historic TW Inc. and Warner Communications Inc.. Turner Broadcasting System, Inc. is ultimately wholly owned by Time Warner Inc., which is a publicly traded Delaware company. No entity or person owns more than 10% of Time Warner Inc.'s issued outstanding common stock.

656771_1

Dated: New York, New York
November 12, 2010

                          SATTERLEE STEPHENS BURKE &
                          BURKE LLP

                          <u>/s/ James F. Rittinger</u>
                          James F. Rittinger
                          James J. Regan
                          Satterlee Stephens Burke & Burke LLP
                          230 Park Avenue
                          New York, NY 10169-0079
                          (212) 818-9200
                          *Attorneys for Defendant*
                          *Turner Broadcasting System, Inc.*

656771_1