UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
HARD ROCK CAFÉ
INTERNATIONAL (USA), INC.,

                Plaintiff,

        v.

HARD ROCK HOTEL HOLDINGS, LLC,
HARD ROCK HOTEL, INC., HRHH IP, LLC,
MORGANS HOTEL GROUP CO., MORGANS
HOTEL GROUP MANAGEMENT, LLC,
DLJMB HRH VOTECO LLC, TURNER
BROADCASTING SYSTEM, INC., BRAD
LACHMAN PRODUCTIONS, INC. and GENCO
ENTERTAINMENT, INC.,

                Defendants.

------------------------------------------------------------ X

Case No. 10 CV 7244

## **RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1:

1. Hard Rock Hotel Holdings, LLC states that it is owned by DLJ MB IV HRH, LLC (an affiliate of Credit Suisse Group AG), DLJ Merchant Banking Partners IV, L.P. (an affiliate of Credit Suisse Group AG), DLJMB HRH VoteCo, LLC, Morgans Hotel Group Co. and Morgans Group LLC.

2. Hard Rock Hotel, Inc. states that it is 100% owned by Hard Rock Hotel Holdings, LLC.

3. HRHH IP, LLC states that it is indirectly 100% owned by Hard Rock Hotel Holdings, LLC.

4. Morgans Hotel Group Co. states that it is a public company listed on NASDAQ and has no parent corporation.

5. Morgans Hotel Group Management LLC states that it is 100% owned by Morgans Group LLC.

23303379

6. DLJMB HRH Voteco LLC states that it has no parent corporation and that its members are Edward A. Johnson, Neal Pomroy and Ryan Sprott.

Date: New York, New York
November 12, 2010

Respectfully submitted,

DEBEVOISE & PLIMPTON LLP

By: /s/ Jeremy Feigelson_____
   Bruce P. Keller
    bpkeller@debevoise.com
   Jeremy Feigelson
    jfeigels@debevoise.com
   Julie M. Calderon Rizzo
    jmcalder@debevoise.com

919 Third Avenue
New York, New York 10022
(212) 909-6000 (phone)
(212) 909-6836 (fax)

*Attorneys for Defendants Hard Rock Hotel Holdings, LLC, Hard Rock Hotel, Inc., HRHH IP, LLC, Morgans Hotel Group Co., Morgans Hotel Group Management LLC, and DLJMB HRH VoteCo LLC*