AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| HARD ROCK CAFE INTERNATIONAL (USA), INC., <br><br> *Plaintiff* <br><br> v. <br><br> HARD ROCK HOTEL HOLDINGS, LLC, et al., <br><br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No.  10 CV 7244 (WHP) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

DLJ MB IV HRH, LLC
11 Madison Avenue
New York, New York 10010

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Bruce R. Ewing, Esq.
DORSEY & WHITNEY LLP
250 Park Avenue
New York, New York 10177

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK
CLERK OF COURT

NOV 2 3 2010

Date: _____

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARD ROCK CAFE INTERNATIONAL (USA), INC., <br><br> Plaintiff, <br><br> v. <br><br> HARD ROCK HOTEL HOLDINGS, LLC, HARD ROCK HOTEL, INC., HRHH IP, LLC, MORGANS HOTEL GROUP CO., MORGANS HOTEL GROUP MANAGEMENT, LLC, MORGANS GROUP, LLC, DLJMB HRH VOTECO, LLC, DLJ MB IV HRH, LLC, DLJ MERCHANT BANKING PARTNERS IV, L.P., TURNER BROADCASTING SYSTEM, INC., BRAD LACHMAN PRODUCTIONS, INC. and GENCO ENTERTAINMENT, INC., <br><br> Defendants. | Case No. 10 CV 7244 (WHP) |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of November, 2010, I caused a true and correct copy of Plaintiff's First Amended Complaint to be served upon **Defendant DLJ MB IV HRH, LLC** by transmitting a true copy thereof via e-mail upon the following:

> Jeremy Feigelson, Esq.
> DEBEVOISE & PLIMPTON LLP
> 919 Third Avenue
> New York, NY 10022
> jfeigels@debevoise.com

Mr. Feigelson agreed to accept service of Plaintiff's First Amended Complaint on behalf of Defendant DLJ MB IV HRH, LLC.

Dated: New York, New York
November 24, 2010

**DORSEY & WHITNEY LLP**

By: _____/s/_____
Gianfranco G. Mitrione (GM-8618)

250 Park Avenue
New York, NY 10177-1500
(212) 415-9200

Attorneys for Plaintiff