UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
HARD ROCK CAFE INTERNATIONAL,            :
(USA), INC.,                             :   10 Civ. 7244 (WHP)
                                         :
                    Plaintiff,           :   SCHEDULING ORDER
                                         :
            -against-                    :
                                         :
HARD ROCK HOTEL HOLDINGS, LLC, et al.,   :
                                         :
                    Defendants.          :
                                         :
----------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/3/2010
```

WILLIAM H. PAULEY III, District Judge:

       Counsel for all parties having appeared for an initial pre-trial and pre-motion conference on December 3, 2010, the following is established:

    (1) The parties shall submit a joint letter informing the Court whether they agree to mediation by December 13, 2010;

    (2) The parties shall file and serve their motions, not to exceed thirty-five pages, by December 17, 2010;

    (3) The parties shall file and serve their oppositions, not to exceed twenty-five pages, by January 7, 2011;

    (4) The parties shall file and serve their replies, not to exceed ten pages, by January 14, 2011;

    (5) This Court will hear oral argument on January 28, 2011, at 12:00 p.m.;

    (6) Plaintiff shall not notice the deposition of any Equity Holder Defendant until the above-scheduled motions are decided. Defendants shall give notice to Plaintiff and the Court if they anticipate any such party will become unavailable;

(7) The parties shall submit letters advising the Court and each other whether they intend to pursue expert discovery and, if so, identifying their experts and disclosing the subject of expert testimony by April 29, 2011;

(8) All fact discovery shall be completed by June 30, 2011;

(9) The parties shall submit a joint pre-trial order in accord with this Court's Individual Practices by August 19, 2011; and

(10) This Court will hold a final pre-trial conference on September 9, 2011, at 10:00 a.m.

Dated: December 3, 2010
      New York, New York

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.

*Counsel of Record:*

Bruce R. M. Ewing, Esq.
Dorsey & Whitney LLP
250 Park Avenue
New York, NY 10177
*Counsel for Plaintiff*

Jeremy Feigelson, Esq.
Debevoise & Plimpton, LLP
919 Third Avenue, 31st Floor
New York, NY 10022
*Counsel for the Hard Rock Defendants
and the Equity Holder Defendants*

James F. Rittinger, Esq.
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, NY 10169
*Counsel for the Turner Defendants*