UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
                                                      :
HARD ROCK CAFÉ INTERNATIONAL       :
(USA), INC.,                                   :     **ECF CASE**
                               Plaintiff,    :
                                                        :
                 -against-                   :
                                                        :     10 CV 7244 (WHP)
HARD ROCK HOTEL HOLDINGS, LLC, et   :
al.,
                                                        :
                              Defendants.   :
                                                        :
                                                        :
------------------------------------------------------- x

## RULE 7.1 STATEMENT OF NEWLY ADDED EQUITY HOLDER DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 7.1:

1. Morgans Group LLC states that it is a subsidiary of Morgans Hotel Group Co., a public company listed on NASDAQ.

2. DLJ MB IV HRH, LLC states that it is an affiliate of Credit Suisse Group AG, a publicly held corporation whose shares of common stock are publicly traded on the SIX Swiss Exchange and on the New York Stock Exchange in the form of American Depositary Receipts.

[rest of page intentionally left blank]

23337789v1

3. DLJ Merchant Banking Partners IV, L.P. states that it is an affiliate of Credit Suisse Group AG, a publicly held corporation whose shares of common stock are publicly traded on the SIX Swiss Exchange and on the New York Stock Exchange in the form of American Depositary Receipts.

Date:   New York, New York
        December 17, 2010

        Respectfully submitted,

        DEBEVOISE & PLIMPTON LLP

        By: /s/ Jeremy Feigelson
           Bruce P. Keller
            bpkeller@debevoise.com
           Jeremy Feigelson
            jfeigels@debevoise.com
           Julie M. Calderon Rizzo
            jmcalder@debevoise.com

        919 Third Avenue
        New York, New York 10022
        (212) 909-6000 (phone)
        (212) 909-6836 (fax)

        *Attorneys for Hard Rock Defendants and Equity Holder Defendants*