UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                                :

HARD ROCK CAFE INTERNATIONAL,
(USA), INC.,                                     :        10 Civ. 7244 (WHP)

                Plaintiff,       :        <u>SCHEDULING ORDER</u>

        -against-                       :

HARD ROCK HOTEL HOLDINGS, LLC, et al.,   :

                Defendants.     :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        The parties shall appear for a pre-motion conference on March 21, 2011, at 5:15 p.m. in Courtroom 24A.

Dated: March 7, 2011
       New York, New York

                                  SO ORDERED:

                                WILLIAM H. PAULEY III
                                     U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/7/11

*Counsel of Record:*

Bruce R. M. Ewing, Esq.
Dorsey & Whitney LLP
250 Park Avenue
New York, NY 10177
*Counsel for Plaintiff*

Jeremy Feigelson, Esq.
Debevoise & Plimpton, LLP
919 Third Avenue, 31st Floor
New York, NY 10022
*Counsel for the Hard Rock Defendants
and the Equity Holder Defendants*

James F. Rittinger, Esq.
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, NY 10169
*Counsel for the Turner Defendants*