UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
: 
HARD ROCK CAFE INTERNATIONAL,
(USA), INC.,
:    10 Civ. 7244 (WHP)

                Plaintiff, :    SCHEDULING ORDER

    -against- :

HARD ROCK HOTEL HOLDINGS, LLC, et al., :

               Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

        The pre-motion conference previously scheduled for March 21, 2011, at 5:15 p.m. is rescheduled for April 14, 2011, at 1:45 p.m. in Courtroom 24A.

Dated: March 11, 2011
       New York, New York

                              SO ORDERED:

                              WILLIAM H. PAULEY III
                                   U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/11/11

*Counsel of Record:*

Bruce R. M. Ewing, Esq.
Dorsey & Whitney LLP
250 Park Avenue
New York, NY 10177
*Counsel for Plaintiff*

Jeremy Feigelson, Esq.
Debevoise & Plimpton, LLP
919 Third Avenue, 31st Floor
New York, NY 10022
*Counsel for the Hard Rock Defendants
and the Equity Holder Defendants*

James F. Rittinger, Esq.
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, NY 10169
*Counsel for the Turner Defendants*