UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HARD ROCK CAFE INTERNATIONAL (USA), INC.,

    Plaintiff,

v.

HARD ROCK HOTEL HOLDINGS, LLC, HARD ROCK HOTEL, INC., HRHH IP, LLC, MORGANS HOTEL GROUP CO., MORGANS HOTEL GROUP MANAGEMENT, LLC, MORGANS GROUP, LLC, DLJMB HRH VOTECO, LLC, DLJ MB IV HRH, LLC, DLJ MERCHANT BANKING PARTNERS IV, L.P., TURNER BROADCASTING SYSTEM, INC., BRAD LACHMAN PRODUCTIONS, INC. and GENCO ENTERTAINMENT, INC.,

    Defendants.



Case No. 10 CV 7244 (WHP)

**AMENDED STIPULATION AND ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/14/11

Plaintiff Hard Rock Cafe International (USA), Inc. ("HRCI") and Defendants Hard Rock Hotel Holdings, LLC, Hard Rock Hotel, Inc. and HRHH IP, LLC (the "Hard Rock Defendants"), Morgans Hotel Group Co., Morgans Hotel Group Management LLC, Morgans Group LLC, DLJMB HRH VoteCo, LLC, DLJ MB IV HRH, LLC and DLJ Merchant Banking Partners IV, L.P. (the "Equity Holder Defendants") and Turner Broadcasting System, Inc., Brad Lachman Productions, Inc. and Genco Entertainment, Inc. (Plaintiff and Defendants are referred to hereinafter collectively as the "Parties"), by and through their undersigned counsel, hereby stipulate to an extension of certain deadlines set forth in the Scheduling Order entered on May 2, 2011, and agree that the following schedule of deadlines shall replace certain of the deadlines set forth in the Scheduling Order and shall govern the further conduct of pretrial proceedings in this case:

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.   6/14/11

1. Plaintiff and the new owners and operators of the Las Vegas Hard Rock Hotel & Casino will pursue settlement discussions until June 14, 2011. To the extent no settlement is reached by May 30, 2011, Plaintiff and the new owners and operators of the Las Vegas Hard Rock Hotel & Casino will appear for a mediation session in New York with the Honorable Robert W. Sweet to be scheduled at a mutually convenient time. The Parties will ask Judge Sweet on or before April 29, 2011 to set that mediation date for a time in mid-June, 2011.

2. Plaintiff is granted leave to file a motion to amend its first amended complaint, such motion to be filed no earlier than June 1, 2011 and no later than June 21, 2011. No later than one week prior to Plaintiff's anticipated filing date, Plaintiff will provide the Defendants with a copy of a proposed second amended complaint and request that Defendants stipulate to the proposed amendment such that the motion to amend need not be filed.

3. To the extent no settlement is reached, the Parties will begin exchanging their respective document productions on June 21, 2011 and shall complete their respective productions no later than August 22, 2011, provided that (a) the Parties shall make at least one substantial interim production on or about July 22, 2011 and (b) production of any documents relevant only to factual matters that are the subject of any pending motions may be deferred until the Court rules, but must be completed within 30 days of any such ruling or by August 22, 2011, whichever is later.

4. The Parties shall submit letters advising the Court and each other whether they intend to pursue expert discovery and, if so, identifying their experts and disclosing the subject of expert testimony by August 29, 2011.

5. All fact discovery shall be completed by October 31, 2011.

6. The Parties shall submit a joint pre-trial order in accord with this Court's Individual Practices by December 19, 2011.

7. The Court will hold a final pre-trial conference on January 6, 2012 at 10:30 a.m., not at 10:00 a.m. on September 9, 2011, as set forth in the Court's December 3, 2010 Scheduling Order.

SO STIPULATED:

Dated: New York, New York
       June 9, 2011

DEBEVOISE & PLIMPTON LLP

By: *Jeremy Feigelson (by BEP with permission)*
    Bruce P. Keller
    Jeremy Feigelson
    Julie M. Calderon Rizzo
    Matthew B. Harris
    919 Third Avenue
    New York, NY 10022
    (212) 909-6000

*Attorneys for Defendants Hard Rock
Hotel Holdings, LLC, Hard Rock Hotel,
Inc., HRHH IP, LLC, Morgans Hotel
Group Co., Morgans Hotel Group
Management, LLC, Morgans Group,
LLC, DLJMB HRH VoteCo, LLC, DLJ
MB IV HRH, LLC, DLJ Merchant
Banking Partners IV, L.P.*

DORSEY & WHITNEY LLP

By: *Bruce C. Pietrzak*
    Bruce R. Ewing
    Brooke E. Pietrzak
    Gianfranco G. Mitrione
    250 Park Avenue
    New York, New York  10177
    (212) 415-9200

*Attorneys for Plaintiff Hard Rock Cafe
International (USA), Inc.*

SATTERLEE STEPHENS BURKE &
BURKE LLP

By: *James Regan (by BEP with permission)*
    James F. Rittinger
    James Regan
    230 Park Avenue
    Suite 1190
    New York, New York 10169
    (212) 818-9200

*Attorneys for the Defendants Turner
Broadcasting System, Inc., Brad
Lachman Productions, Inc. and Genco
Entertainment, Inc.*

SO ORDERED:

Dated:_____           _____
                                U.S.D.J.