UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARD ROCK CAFE INTERNATIONAL (USA), INC., <br><br> Plaintiff, <br><br> v. <br><br> HARD ROCK HOTEL HOLDINGS, LLC, HARD ROCK HOTEL, INC., HRHH IP, LLC, MORGANS HOTEL GROUP CO., MORGANS HOTEL GROUP MANAGEMENT, LLC, MORGANS GROUP LLC, DLJMB HRH VOTECO, LLC, DLJ MB IV HRH, LLC, DLJ MERCHANT BANKING PARTNERS IV, L.P., TURNER BROADCASTING SYSTEM, INC., BRAD LACHMAN PRODUCTIONS, INC. and GENCO ENTERTAINMENT, INC., <br><br> Defendants. | Case No. 10 CV 7244 (WHP) <br><br> **NOTICE OF CHANGE OF ADDRESS** |

PLEASE TAKE NOTICE that the address of Dorsey & Whitney LLP, counsel for plaintiff Hard Rock Cafe International (USA), Inc. in the above-captioned matter, has changed as of June 6, 2011 to:

DORSEY & WHITNEY LLP
51 West 52nd Street
New York, New York  10019-6119

Dated: New York, New York
       June 17, 2011

DORSEY & WHITNEY LLP

By:    S/ _____

Bruce R. Ewing (BE-0724)
Brooke E. Pietrzak (BP-7314)
Gianfranco G. Mitrione (GM-8618)
51 West 52nd Street
New York, New York  10019-6119

Attorneys for Plaintiff
Hard Rock Cafe International (USA), Inc.