UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARD ROCK CAFE INTERNATIONAL (USA), INC., <br><br> Plaintiff, <br><br> v. <br><br> HARD ROCK HOTEL HOLDINGS, LLC, HARD ROCK HOTEL, INC., HRHH IP, LLC, MORGANS HOTEL GROUP CO., MORGANS HOTEL GROUP MANAGEMENT, LLC, MORGANS GROUP LLC, DLJMB HRH VOTECO, LLC, DLJ MB IV HRH, LLC, DLJ MERCHANT BANKING PARTNERS IV, L.P., TURNER BROADCASTING SYSTEM, INC., BRAD LACHMAN PRODUCTIONS, INC. and GENCO ENTERTAINMENT, INC., <br><br> Defendants. | Case No. 10 CV 7244 (WHP) <br><br> **NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

Please enter my appearance in the above-captioned case as counsel for Plaintiff, Hard Rock Cafe International (USA), Inc. I certify that I am admitted to practice before this Court.

Dated: New York, New York
July 12, 2011

DORSEY & WHITNEY LLP

By:    /s Christopher G. Karagheuzoff
Christopher G. Karagheuzoff (CK-1122)

51 West 52nd Street
New York, New York 10019-6119

Attorneys for Plaintiff
Hard Rock Cafe International (USA), Inc.