# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel 212 909 6000
www.debevoise.com

Jeremy Feigelson
Partner
Tel 212 909 6230
Fax 212 521 7230
jfeigelson@debevoise.com

July 31, 2012

**BY HAND**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/3/12



Hon. William H. Pauley III
U.S. District Court for the Southern District of New York
500 Pearl Street, Room 2210
New York, New York 10007-1581

*Hard Rock Cafe Int'l (USA), Inc. v. Hard Rock Hotel Holdings, LLC*
**10 Civ. 7244 (WHP)**

Dear Judge Pauley:

Pursuant to Your Honor's order of July 26, I write on behalf of my clients the Hard Rock Defendants, and on behalf of plaintiff Hard Rock Cafe International (USA), Inc. (together "the parties"), to update Your Honor. The parties have made initial written submissions to Professor McGovern. Yesterday we had a joint call with him. Professor McGovern suggested, and the parties have agreed, that a good next step would be for him to have separate face to face meetings with each side's principals and counsel. Those meetings are being scheduled for the week of August 6. The parties are also discussing the scheduling of a follow-up joint session. Due to various scheduling constraints, that meeting would likely be in September.

In light of what we believe is good progress towards a role for Professor McGovern in the mediation process, the parties respectfully renew their request for a last 90-day extension of all litigation deadlines.

Respectfully yours,

*/s/ Jeremy Feigelson*

Jeremy Feigelson

cc: Bruce Ewing, Esq. and James Rittinger, Esq. (by email only)
    Professor Francis McGovern (by email only)
    Hon. Robert Sweet (by hand delivery to N.Y. chambers)

Application granted. The parties are directed to submit a joint case management schedule.

SO ORDERED:

*/s/ William H. Pauley*
WILLIAM H. PAULEY III U.S.D.J.
8/3/12

23714388v1