UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HARD ROCK CAFE INTERNATIONAL (USA), INC.,

    Plaintiff,

v.

HARD ROCK HOTEL HOLDINGS, LLC, HARD ROCK HOTEL, INC., HRHH IP, LLC, MORGANS HOTEL GROUP CO., MORGANS HOTEL GROUP MANAGEMENT, LLC, MORGANS GROUP, LLC, DLJMB HRH VOTECO, LLC, DLJ MB IV HRH, LLC, DLJ MERCHANT BANKING PARTNERS IV, L.P., TURNER BROADCASTING SYSTEM, INC., BRAD LACHMAN PRODUCTIONS, INC. and GENCO ENTERTAINMENT, INC.,

    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/12

Case No. 10 CV 7244 (WHP)

**EIGHTH AMENDED STIPULATION AND ORDER**

Plaintiff Hard Rock Cafe International (USA), Inc. ("HRCI") and Defendants Hard Rock Hotel Holdings, LLC, Hard Rock Hotel, Inc., HRHH IP, LLC (the "Hard Rock Defendants"), Morgans Hotel Group Management LLC and Turner Broadcasting System, Inc., Brad Lachman Productions, Inc. and Genco Entertainment, Inc.[1] (Plaintiff and all of the foregoing Defendants are referred to hereinafter collectively as the "Parties"), by and through their undersigned counsel, hereby stipulate to various matters, including but not limited to an extension of certain deadlines set forth in the Seventh Amended Stipulation and Order entered on April 18, 2012 [Docket No. 70], and agree that the following schedule of deadlines shall replace certain of the deadlines set forth in the prior Order and shall govern the further conduct of pretrial proceedings in this case:

---

[1] Defendants Morgans Hotel Group Co., Morgans Group, LLC, DLJMB HRH VoteCo, LLC, DLJ MB IV HRH, LLC, DLJ Merchant Banking Partners IV, L.P. were all dismissed from this case by Order of this Court dated July 11, 2011 [Docket No. 61] and are not subject to the provisions of this stipulation and order.

23719256v1

1. Plaintiff and the Hard Rock Defendants will continue settlement discussions as rapidly and as frequently as their schedules permit, with the assistance of Professor Francis McGovern, who has been engaged by these parties to assist in aiding the resolution of their dispute.

2. Plaintiff's motion for leave to file the Second Amended Complaint shall be filed promptly by ECF no sooner than November 1, 2012 and no later than November 8, 2012 or three (3) business days after the Court approves this Stipulation, whichever is later, and shall be deemed served on all Defendants upon filing. Defendants' opposition to that motion, if any, shall be filed no later than thirty (30) days after the motion is filed. Such motion and any subsequent motions shall be governed by Rule 3 of this Court's Individual Practices.

3. If no settlement is reached, the Parties will begin exchanging their respective document productions on November 8, 2012, and shall complete their respective productions no later than January 8, 2013, provided that (a) the Parties shall make at least one substantial interim production on or about December 7, 2012; and (b) production of any documents relevant only to factual matters that are the subject of any pending motions may be deferred until the Court rules, but must be completed within forty five (45) days of any such ruling or by January 8, 2013, whichever is later.

4. The Parties shall submit letters by December 31, 2012 advising the Court and each other whether they intend to pursue expert discovery and, if so, identifying their experts and disclosing the subject of expert testimony.

5. All fact discovery shall be completed by February 15, 2013.

    6.    The Parties shall submit a joint pre-trial order in accord with this Court's Individual Practices by April 15, 2013.

    7.    The Court will hold a final pre-trial conference on _April 26, 2013_ at _10:00_ a.m./~~p.m.~~

[signature page follows]

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.

8/21/12

SO STIPULATED:

Dated: New York, New York
       August 8, 2012

DEBEVOISE & PLIMPTON LLP                DORSEY & WHITNEY LLP

By: _____/s/_____                   By: _____
Jeremy Feigelson                        Bruce R. Ewing
Matthew B. Harris                       Christopher Karagheuzoff
919 Third Avenue                        Gianfranco G. Mitrione
New York, NY 10022                      51 West 52nd Street
(212) 909-6000                          New York, New York 10019
                                        (212) 415-9200

*Attorneys for Hard Rock Defendants
and Morgans Hotel Group Management      Attorneys for Plaintiff Hard Rock Cafe
LLC*                                    *International (USA), Inc.*

SATTERLEE STEPHENS BURKE &
BURKE LLP

By: _____/s/_____ (w/ permission)
James F. Rittinger
James Regan
230 Park Avenue
Suite 1190
New York, New York 10169
(212) 818-9200

*Attorneys for the Defendants Turner
Broadcasting System, Inc., Brad
Lachman Productions, Inc. and Genco
Entertainment, Inc.*

SO ORDERED:

Dated:_____                 _____
                                                      U.S.D.J.