DORSEY & WHITNEY LLP
Bruce R. Ewing (BE-0724)
Christopher G. Karagheuzoff (CK-1122)
Gina Spiegelman (GS-0416)
51 West 52nd Street
New York, New York 10019
(212) 415-9200

Attorneys for Plaintiff
Hard Rock Cafe International (USA), Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARD ROCK CAFE INTERNATIONAL (USA), INC., <br><br> Plaintiff, <br><br> v. <br><br> HARD ROCK HOTEL HOLDINGS, LLC, HARD ROCK HOTEL, INC., HRHH IP, LLC, MORGANS HOTEL GROUP CO., MORGANS HOTEL GROUP MANAGEMENT, LLC, MORGANS GROUP LLC, DLJMB HRH VOTECO, LLC, DLJ MB IV HRH, LLC, DLJ MERCHANT BANKING PARTNERS IV, L.P., TURNER BROADCASTING SYSTEM, INC., BRAD LACHMAN PRODUCTIONS, INC. and GENCO ENTERTAINMENT, INC., <br><br> Defendants. | Case No. 10 CV 7244 (WHP) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law and Declaration of Bruce R. Ewing, both dated February 8, 2013, plaintiff Hard Rock Cafe International (USA), Inc. ("HRCI"), by its attorneys Dorsey & Whitney LLP, will move this Court before the Honorable William H. Pauley III of the United States District Court for the

2

Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York, on a date and time as determined by this Court, for an order granting HRCI leave to amend its First Amended Complaint [Dkt. No. 27] pursuant to Fed. R. Civ. P. 15(a).

Dated: New York, New York
       February 8, 2013

DORSEY & WHITNEY LLP

By:      s/ Bruce R. Ewing
    Bruce R. Ewing (BE-0724)
    Christopher Karagheuzoff (CK-1122)
    Gina Spiegelman (GS-0416)
    51 West 52nd Street
    New York, New York 10019

    Attorneys for Plaintiff
    Hard Rock Cafe International (USA), Inc.