DORSEY & WHITNEY LLP
Bruce R. Ewing (BE-0724)
Christopher G. Karagheuzoff (CK-1122)
Gina Spiegelman (GS-0416)
51 West 52nd Street
New York, New York 10019
(212) 415-9200

Attorneys for Plaintiff
Hard Rock Cafe International (USA), Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARD ROCK CAFE INTERNATIONAL (USA), INC.,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>HARD ROCK HOTEL HOLDINGS, LLC, )<br>HARD ROCK HOTEL, INC., HRHH IP, LLC, )<br>MORGANS HOTEL GROUP CO., MORGANS )<br>HOTEL GROUP MANAGEMENT, LLC, )<br>MORGANS GROUP LLC, DLJMB HRH )<br>VOTECO, LLC, DLJ MB IV HRH, LLC, DLJ )<br>MERCHANT BANKING PARTNERS IV, L.P., )<br>TURNER BROADCASTING SYSTEM, INC., )<br>BRAD LACHMAN PRODUCTIONS, INC. and )<br>GENCO ENTERTAINMENT, INC.,  )<br>)<br>Defendants.  )<br>) | Case No. 10 CV 7244 (WHP) |

**PLEASE TAKE NOTICE** that the undersigned counsel hereby appears in this case as

counsel of record for plaintiff Hard Rock Cafe International (USA), Inc.

-2-

Dated: New York, New York　　　　　　　　　　DORSEY & WHITNEY LLP
　　　　　February 14, 2013


By:   　 s/ Gina S. Spiegelman　　　　
Gina S. Spiegelman (GS-0416)
51 West 52nd Street
New York, New York 10019
spiegelman.gina@dorsey.com

Attorneys for Plaintiff
Hard Rock Cafe International (USA), Inc.