```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/1/13
```



**DORSEY & WHITNEY LLP**

BRUCE R. EWING
PARTNER
(212) 415-9206
FAX (212) 953-7201
ewing.bruce@dorsey.com



RECEIVED
FEB 19 2013
CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

*MEMO ENDORSED*

February 14, 2013

**BY FIRST CLASS MAIL**

The Honorable William H. Pauley III
U.S. District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

          Re:    *Hard Rock Cafe International (USA), Inc. v.*
                  *Hard Rock Hotel Holdings, LLC et al.*, 10 CV 7244 (WHP)

Dear Judge Pauley:

      We represent plaintiff Hard Rock Cafe International (USA), Inc. ("HRCI") in the above-referenced action. We write pursuant to instructions from the Clerk to respectfully request that Your Honor instruct the Clerk's office to remove Brooke Ellen Pietrzak and Gianfranco Gustavo Mitrione as counsel of record for HRCI in this action. Both Ms. Pietrzak and Mr. Mitrione have left their employment with Dorsey & Whitney LLP, and thus no longer represent HRCI.

                                           Respectfully Submitted,

                                           Bruce R. Ewing

BRE/tt
cc:    All Counsel of Record (via electronic mail)

*Application granted. The Clerk of Court is directed to remove the names listed above as counsel of record and terminate their notices of electronic filings in this action.*

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
2/28/13

---

DORSEY & WHITNEY LLP • WWW.DORSEY.COM • T 212.415.9200 • F 212.953.7201
51 WEST 52ND STREET • NEW YORK, NEW YORK 10019-6119
USA  CANADA  EUROPE  ASIA-PACIFIC