USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                        :

HARD ROCK CAFE INTERNATIONAL,
(USA), INC.,                            :         10 Civ. 7244 (WHP)

                   Plaintiff,           :         <u>ORDER</u>

         -against-                        :

HARD ROCK HOTEL HOLDINGS, LLC, et al.,   :

                 Defendants.         :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

         The parties and their counsel are directed to appear for a status conference on April 18, 2013 at 2:00 p.m.

Dated: April 5, 2013
        New York, New York

                                       SO ORDERED:

                                       _____
                                        WILLIAM H. PAULEY III
                                              U.S.D.J.

*Copies to:*

Bruce R. M. Ewing, Esq.
Dorsey & Whitney LLP
250 Park Avenue
New York, NY 10177
*Counsel for Plaintiff*

Jeremy Feigelson, Esq.
Debevoise & Plimpton, LLP
919 Third Avenue, 31st Floor
New York, NY 10022
*Counsel for the Hard Rock Defendants
and the Equity Holder Defendants*

James F. Rittinger, Esq.
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, NY 10169
*Counsel for the Turner Defendants*