USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                                                 :
HARD ROCK CAFE INTERNATIONAL,                                    :
(USA), INC.,                                                     :    10 Civ. 7244 (WHP)
                                                                 :
                              Plaintiff,                         :    ORDER
                                                                 :
        -against-                                                :
                                                                 :
HARD ROCK HOTEL HOLDINGS, LLC, et al.,                           :
                                                                 :
                              Defendants.                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

        The parties and their counsel are directed to appear for a status conference on April 29, 2013 at 5:00 p.m.

Dated:  April 26, 2013
        New York, New York

                                        SO ORDERED:

                                        _____
                                        WILLIAM H. PAULEY III
                                        U.S.D.J.

-1-

*Copies to:*

Bruce R. M. Ewing, Esq.
Dorsey & Whitney LLP
250 Park Avenue
New York, NY 10177
*Counsel for Plaintiff*

Jeremy Feigelson, Esq.
Debevoise & Plimpton, LLP
919 Third Avenue, 31st Floor
New York, NY 10022
*Counsel for the Hard Rock Defendants
and the Equity Holder Defendants*

James F. Rittinger, Esq.
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, NY 10169
*Counsel for the Turner Defendants*