```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/30/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                                    :
HARD ROCK CAFE INTERNATIONAL,                       :
(USA), INC.,                                        :   10 Civ. 7244 (WHP)
                                                    :
                            Plaintiff,              :   ORDER
                                                    :
            -against-                               :
                                                    :
HARD ROCK HOTEL HOLDINGS, LLC, *et al.*,            :
                                                    :
                            Defendants.             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

       It having been reported to this Court that this action has been or will be settled, the action is discontinued without costs to any party, and without prejudice to restoring it to this Court's calendar if such application is made within thirty (30) days of the date of this Order. The Clerk of Court is directed to terminate all motions pending as of this date and mark this case closed.

Dated: April 30, 2013
       New York, New York

                            SO ORDERED:

                            _____
                            WILLIAM H. PAULEY III
                                 U.S.D.J.

*Counsel of Record:*

Bruce R. M. Ewing, Esq.
Dorsey & Whitney LLP
250 Park Avenue
New York, NY 10177
*Counsel for Plaintiff*

Jeremy Feigelson, Esq.
Debevoise & Plimpton, LLP
919 Third Avenue, 31st Floor
New York, NY 10022
*Counsel for the Hard Rock Defendants
and the Equity Holder Defendants*

James F. Rittinger, Esq.
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, NY 10169
*Counsel for the Turner Defendants*