MEMO ENDORSED

# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel 212 909 6000
www.debevoise.com

Jeremy Feigelson
Partner
Tel 212 909 6230
Fax 212 521 7230
jfeigelson@debevoise.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/5/13

June 4, 2013

**BY FACSIMILE ONLY (212-805-6390)**

Hon. William H. Pauley III
United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

**Hard Rock Cafe International (USA), Inc. v. Hard Rock Hotel Holdings, LLC, et al.**
**10 Civ. 7244 (WHP)**

Dear Judge Pauley:

This firm represents defendants Hard Rock Hotel Holdings, LLC, Hard Rock Hotel, Inc., HRHH IP, LLC and Morgans Hotel Group Management LLC. We write to request an additional one-week extension to complete settlement, from the current deadline of June 6 to June 13.

The parties are working diligently and cooperatively, and remain hopeful that the June 6 date can be met. It remains possible that more time will be needed, however, given the number of documents and parties involved. To avoid any need for a last-minute approach to the Court, all parties join in supporting the requested extension today.

Respectfully yours,

Jeremy Feigelson

cc: All Counsel of Record (via email)   *Application granted, but this is it!*

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
6/5/13

23868 New York • Washington, D.C. • London • Paris • Frankfurt • Moscow • Hong Kong • Shanghai