```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/21/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARD ROCK CAFE INTERNATIONAL (USA), INC., <br><br> Plaintiff, <br><br> v. <br><br> HARD ROCK HOTEL HOLDINGS, LLC, HARD ROCK HOTEL, INC., HRHH IP, LLC, MORGANS HOTEL GROUP CO., MORGANS HOTEL GROUP MANAGEMENT LLC, MORGANS GROUP LLC, DLJMB HRH VOTECO, LLC, DLJ MB IV HRH, LLC, DLJ MERCHANT BANKING PARTNERS IV, L.P., TURNER BROADCASTING SYSTEM, INC., BRAD LACHMAN PRODUCTIONS, INC. and GENCO ENTERTAINMENT, INC., <br><br> Defendants. | Case No. 10 CV 7244 (WHP) <br><br> **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff Hard Rock Cafe International (USA), Inc. ("HRCI") and Defendants Hard Rock Hotel Holdings, LLC, Hard Rock Hotel, Inc., HRHH IP, LLC, and Morgans Hotel Group Management LLC, by and through their undersigned counsel, hereby stipulate, as follows:

1. Defendants Hard Rock Hotel Holdings, LLC, Hard Rock Hotel, Inc., HRHH IP, LLC and Morgans Hotel Group Management LLC hereby consent to the granting of the motion filed by HRCI on February 8, 2013 [Dkt. No. 76] for leave to file a Second Amended Complaint, specifically including, but not limited to, that portion of the motion that amends HRCI's First Amended Complaint to add BREF HR, LLC and WG-Harmon, LLC as defendants in this action, and such motion shall be deemed granted upon entry of this Stipulation and Order of Dismissal by the Court.

2. All claims asserted in this action at any time by HRCI against defendants Hard Rock Hotel Holdings, LLC, Hard Rock Hotel, Inc., HRHH IP, LLC, Morgans Hotel Group Management LLC, BREF HR, LLC and WG-Harmon, LLC, together with all counterclaims and affirmative defenses asserted by any of these defendants against HRCI, are hereby dismissed pursuant to Fed. R. Civ. P. 41(a)(2) with prejudice and without any award of costs or fees to any party. To the extent that the settlement agreement entered into by HRCI and certain of the foregoing defendants provides for resolution of certain matters by arbitration, those matters are preserved for the arbitrator notwithstanding this stipulation and order.

SO STIPULATED:

Dated: New York, New York
June 13, 2013

| DEBEVOISE & PLIMPTON LLP | DORSEY & WHITNEY LLP |
|---|---|
| By: *[signature]* <br> Jeremy Feigelson <br> Matthew B. Harris <br> 919 Third Avenue <br> New York, NY 10022 <br> (212) 909-6000 | By: *[signature]* <br> Bruce R. Ewing <br> Christopher Karagheuzoff <br> Gina Spiegelman <br> 51 West 52nd Street <br> New York, New York 10019 <br> (212) 415-9200 |
| *Attorneys for Defendants Hard Rock Hotel Holdings, LLC, Hard Rock Hotel, Inc., HRHH IP, LLC, Morgans Hotel Group Management LLC, BREF HR, LLC and WG-Harmon, LLC* | *Attorneys for Plaintiff Hard Rock Cafe International (USA), Inc.* |

SO ORDERED:

Dated: 6/20/13

*[signature]*
U.S.D.J.